Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 27  AM 11: 00

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 09-31523 |
| MARC DANIEL BEALE | Chapter 7 |
| STEPHANIE JANE BEALE | Judge: JOEL T. MARKER |
| Debtor(s). | |

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

___ A   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_x_ B   The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 3 | N.A.R., Inc.<br>5225 W Wiley Post Way, Suite 410<br>Salt Lake City, UT 84116 | 3.33 |
| 4 | N.A.R., Inc.<br>5225 W Wiley Post Way, Suite 410<br>Salt Lake City, UT 84116 | 2.54 |

A check in the amount of $5.87 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 15th day of October, 2011.

PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 15th day of October, 2011:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

JARED B. PEARSON
8833 SOUTH REDWOOD RD. SUITE C
WEST JORDAN, UTAH 84088